DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Peguse<br><br>Case Below:<br>173 N.C. App. 642 | No. 625P05 | 1.  Def's (Burch) NOA Based Upon a Constitutional Question (COA04-1231) | 1. Dismissed ex mero motu (04/06/06) |
| | | 2.  Def's (Burch) PDR Under N.C.G.S. § 7A-31 | 2. Denied (04/06/06) |
| | | 3.  Def's (Hickmon) NOA Based Upon a Constitutional Question · | 3. —— |
| | | 4.  Def's (Hickmon) PDR Under N.C.G.S. § 7A-31 | 4. Denied (04/06/06) |
| | | 5.  Def's (Peguse) NOA Based Upon a Constitutional Question | 5. —— |
| | | 6.  Def's (Peguse) PDR Under N.C.G.S. § 7A-31 | 6. Denied (04/06/06) |
| | | 7.  AG's Motion to Dismiss Appeal (Peguse) | 7. Allowed (04/06/06) |
| | | 8.  AG's Motion to Dismiss Appeal (Hickmon) | 8. Allowed (04/06/06) |
| | | 9.  AG's Conditional PDR Under N.C.G.S. § 7A-31 (Peguse) | 9. Dismissed as Moot (04/06/06) |
| | | 10.  AG's Conditional PDR Under N.C.G.S. § 7A-31 (Hickmon) | 10. Dismissed as Moot (04/06/06) |
| State v. Penland<br><br>Case Below:<br>Stokes County<br>Superior Court | No. 139A94-2 | 1.  AG's PWC to Review Stokes County Superior Court Order | 1. —— |
| | | 2.  Def's Motion to Dismiss Petition | 2. Allowed (05/04/06) |
| State v. Sanders<br><br>Case Below:<br>177 N.C. App. 150 | No. 226P06 | Def's PDR Uunder N.C.G.S. § 7A-31 (COA05-608) | Denied (05/04/06) |
| State v. Stanley<br><br>Case Below:<br>150 N.C. App. 717 | No. 376P02-4 | Def's Motion for "Petition for Writ of Certiorari" (COA01-651) | Denied (04/06/06) |
| State v. Stephens<br><br>Case Below:<br>Johnson County<br>Superior Court | No. 010A96-3 | Def's PWC to Review Order of Johnston County Superior Court | Denied (05/04/06) |
| State v. Terry<br><br>Case Below:<br>168 N.C. App. 409 | No. 100P06 | 1.  Def's PDR Under N.C.G.S. § 7A-31 (COA04-959) | 1. Dismissed (04/06/06) |
| | | 2.  Def's PWC to Review Order of Forsyth County Superior Court | 2. Denied (04/06/06) |